DOROTHY STEVAN et al., Respondents, *v.* BEN BERNSTEIN, Appellant.

Argued November 13, 1946; decided November 27, 1946.

*Paul D. Carrigg* and *Daniel Miner* for appellant.

*Robert E. Dempsey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.